KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:      (202) 353-1857
Facsimile:       (202) 307-0054
E-mail:            boris.kukso@usdoj.gov
                     western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE LLC, | Civil No. 1:12-cv-01171-AWI-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE |
| CHARLES LIVINGSTON, et al., | Date: September 25, 2012 |
| Defendants. | Time: 10:00am<br>Courtroom #10 (6th Floor)<br>GARY S. AUSTIN<br>US MAGISTRATE JUDGE |

Pursuant to the Order Setting Mandatory Scheduling Conference dated July 17, 2012, the parties are ordered to submit a Joint Scheduling Report one week prior to the Scheduling Conference currently set for September 25, 2012.

Because Plaintiff and the United States are involved in settlement negotiations, and because one of the Defendants (Charles Livingston) has not been served, Plaintiff and the United States request that in the interest of judicial economy, the Joint Scheduling Conference be continued by 60 days.

IT IS HEREBY STIPULATED, by and between Plaintiff and the United States, by and through their respective counsel, that:

The Scheduling Conference in this action, previously scheduled for September 25, 2012, should be continued by 60 days to such time and date as may be set by the Court, and that the Joint Scheduling Report be due one week prior to that date.

DATED: September 18, 2012.

KATHRYN KENEALLY
Assistant Attorney General

By:
  /s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice

BENJAMIN B. WAGNER
United States Attorney

Attorneys for the United States

Dated: September 18, 2012

MATTHEW D. OWDOM, Esq.
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291

Attorneys for Plaintiff

**ORDER**

The Court having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference in this action is continued to November 28, 2012, at 10:00 am in Courtroom 10, and a Joint Scheduling Report shall be filed one full week prior to the Scheduling Conference.

2

IT IS SO ORDERED.

**Dated:   September 19, 2012**                              /s/ Gary S. Austin
                                                                                **UNITED STATES MAGISTRATE JUDGE**