KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 353-1857
Facsimile:     (202) 307-0054
E-mail:        boris.kukso@usdoj.gov
               western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE LLC, | Civil No. 1:12-cv-01171-AWI-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE |
| CHARLES LIVINGSTON, et al., | Date: November 28, 2012 |
| Defendants. | Time: 10:00am |
| | Courtroom #10 (6th Floor) |
| | GARY S. AUSTIN |
| | US MAGISTRATE JUDGE |

Because Plaintiff and the United States are involved in settlement negotiations, and because one of the Defendants (Charles Livingston) has not been served, Plaintiff and the United States request that in the interest of judicial economy, the Joint Scheduling Conference be continued by 60 days.

///

///

///

IT IS HEREBY STIPULATED, by and between Plaintiff and the United States, by and through their respective counsel, that:

The Scheduling Conference in this action, previously scheduled for November 28, 2012, should be continued by 60 days to such time and date as may be set by the Court, and that the Joint Scheduling Report be due one week prior to that date.

DATED: November 27, 2012.

    KATHRYN KENEALLY
    Assistant Attorney General

    By:
      /s/ Boris Kukso
    BORIS KUKSO
    Trial Attorney, Tax Division
    U.S. Department of Justice

    BENJAMIN B. WAGNER
    United States Attorney

    Attorneys for the United States

Dated: November 26, 2012

    /s/ Matthew D. Owdom
    MATTHEW D. OWDOM, Esq.
    Law Offices of Michael J. Lampe
    108 West Center Avenue
    Visalia, California 93291

    Attorneys for Plaintiff

**ORDER**

The Court having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference in this action is continued to January 16, 2013, at 10:00am in Courtroom 10, and a Joint Scheduling Report shall be filed one full week prior to the Scheduling Conference.

    IT IS SO ORDERED.

**Dated:**   November 27, 2012                      /s/ Gary S. Austin
                                                           UNITED STATES MAGISTRATE JUDGE