KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 353-1857
Facsimile:  (202) 307-0054
E-mail:  boris.kukso@usdoj.gov
          western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHARLES LIVINGSTON, et al.,<br><br>                    Defendants. | Civil No. 1:12-cv-01171-AWI-GSA<br><br>REQUEST TO APPEAR BY TELEPHONE AT THE JOINT SCHEDULING CONFERENCE AND ORDER<br><br>Date: January 16, 2013<br>Time: 10:00am<br>Courtroom #10 (6th Floor)<br>GARY S. AUSTIN<br>US MAGISTRATE JUDGE |

The counsel for the United States requests this Court's permission to appear by telephone at the joint scheduling conference at 10:00am on Wednesday, January 16, 2013.

The undersigned counsel failed to include this request in the joint status report filed on January 10, 2013 (ECF No. 10). The undersigned counsel regrets this oversight.

DATED: January 14, 2013.

                                        KATHRYN KENEALLY

Assistant Attorney General

By:
  /s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice

BENJAMIN B. WAGNER
United States Attorney

Attorneys for the United States

## ORDER

United States' request to appear by telephone at the Joint Scheduling Conference in this action on January 16, 2013 at 10:00am IS GRANTED. The United States, and any other party wishing to appear by telephone, shall coordinate a one-line conference call prior to calling chambers at (559) 499-5960.

IT IS SO ORDERED.

Dated: **January 14, 2013**     /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE