Michael J. Lampe  #082199
Michael P. Smith  #206927
Matthew D. Owdom  #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone:   559-738-5975
Facsimile:     559-738-5644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>vs.<br><br>CHARLES LIVINGSTON; THE UNITED STATES OF AMERICA; and Does 1 through 50, inclusive,<br><br>            Defendants. | Case No. 1:12-cv-01171-GSA<br><br>REQUEST FOR DISMISSAL<br><br>ORDER |

COMES NOW Plaintiff GMAC Mortgage LLC, a Delaware Limited Liability Company, (*GMAC)*, by and through its counsel, Matthew D. Owdom of the Law Offices of Michael J. Lampe, and respectfully requests that the Court dismiss the above-referenced action without prejudice as to Defendant Charles Livingston, as GMAC and Defendant The United States of America (*IRS*) have reached a settlement in this matter.


Dated: July 16, 2013         /s/ Matthew D. Owdom   #258779
                             LAW OFFICES OF MICHAEL J. LAMPE
                             Attorneys for Plaintiff
                             By: Matthew D. Owdom

**ORDER**

No answer, motion, or responsive pleadings have been filed by Defendant Charles Livingston in this matter.

IT IS HEREBY ORDERED that Defendant Charles Livingston is dismissed without prejudice from the Complaint and any claims for relief of Plaintiff GMAC Mortgage LLC, a Delaware Limited Liability Company in Case No. 1:12-cv-01171-AWI-GSA filed in the U.S. District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: July 16, 2013

SENIOR DISTRICT JUDGE